# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHUONG TRAN, | )<br>) |
| Plaintiff, | )  Case No.: 2:12-cv-01372-GMN-GWF |
| vs. | )<br>)  **ORDER** |
| QUALITY LOAN SERVICE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, LLC, GSAMP TRUST 2005-WMC1, WMC MORTGAGE CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

On March 29, 2013, the Court dismissed Plaintiff's claims and gave leave to amend by April 15, 2013, warning that failure to do so may result in dismissal with prejudice. (Order, ECF No. 33.)  That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge